UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEVEN CHASE,                                         Civil No. 04-1500 (RHK/JSM)

              Plaintiff,                                **ORDER**

v.

JOHN POTTER, Postmaster
General of the United States
Postal Service, and UNITED
STATES POSTAL SERVICE,

              Defendants.

---

        Defendant's Motion for Summary Judgment is referred to Magistrate Judge Janie S. Mayeron for a recommended disposition. The August 4, 2005 hearing before the undersigned is **CANCELED** and Judge Mayeron will advise the parties if she desires oral argument.

        The matter is **STRICKEN** from the Court's October trial calendar and will be rescheduled for trial following the resolution of the pending summary judgment motion.

Dated: July 26, 2005

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge