UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Steven Chase,                                                   Civil No. 04-1500 (RHK/JSM)

           Plaintiff,                                                **ORDER**

v.

Jim Flinn, John E. Potter, United States
Postal Service,

           Defendants.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 5, 2005. Timely Objections have been filed to that Report and Recommendation.

The Court has reviewed the Report and Recommendation and the Objections thereto. That review satisfies the undersigned that the recommended dismissal of Plaintiff's Complaint is supported by the record before Judge Mayeron. In addition, Judge Mayeron applied existing case law and controlling legal precedent. Accordingly, based upon all the files, records and proceeding herein, **IT IS ORDERED**:

    1. The Objections (Doc. No. 36) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 35) is **ADOPTED**;

    3. Defendants' Motion for Summary Judgment (Doc. No. 20) is **GRANTED**; and

    4.  Plaintiff's Amended Complaint (Doc. No. 9) is **DISMISSED WITH PREJUDICE**.

Dated: January 6, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge